

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 0 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-035-APG-VCF |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| CARL STEPHEN YEBES, | |
| Defendant. | |

This Court finds Carl Stephen Yebes pled guilty to Count One of a One-Count Criminal Information charging him with receipt of child pornography in violation of 18 U.S.C. § 2252A(a)(2). Criminal Information, ECF No. __; Arraignment & Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Carl Stephen Yebes agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. __; Arraignment & Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and the offense to which Carl Stephen Yebes pled guilty.

The following property is (1) any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A(a)(2); and (2) any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. § 2252A(a)(2) or any property

traceable to such property and is subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and 2253(a)(3):

1. an HP desktop computer, Model No. HP 8200 Elite, Serial No. 2UA1340GYL with a Kingston 240GB SSD SATA hard drive, Model No. SA40037240G, Serial No. 50026B778283200F;
2. a CyberPower C-Series computer tower with a Western Digital 240GB SATA hard drive, Model No. WDS240G2G0A, Serial No. 19297D444711;
3. a San Disk Cruzer Glide 32 GB thumb drive;
4. an Apple IMAC computer, Model No. A1278, Serial No. C1MK2FXHDTY3 with Samsung 250GB SSD hard drive, Model No. 850EVO, Serial No. S3PZNF0JB55483N and with Samsung 250GB SSD hard drive, Model No. 850EVO, Serial No. S3PZNF0JB54863A;
5. a Western Digital 500GB My Passport external hard drive, Serial No. WX41AC262331; and
6. a JNB 1 GB thumb drive

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Carl Stephen Yebes in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States
2 of America shall publish for at least thirty (30) consecutive days on the official internet
3 government forfeiture website, www.forfeiture.gov, notice of this Order, which shall
4 describe the forfeited property, state the time under the applicable statute when a petition
5 contesting the forfeiture must be filed, and state the name and contact information for the
6 government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6)
7 and 21 U.S.C. § 853(n)(2).
8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual
9 or entity who claims an interest in the aforementioned property must file a petition for a
10 hearing to adjudicate the validity of the petitioner's alleged interest in the property, which
11 petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. §
12 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's
13 right, title, or interest in the forfeited property and any additional facts supporting the
14 petitioner's petition and the relief sought.
15    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,
16 must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,
17 Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was
18 not sent, no later than sixty (60) days after the first day of the publication on the official
19 internet government forfeiture site, www.forfeiture.gov.
20    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the
21 petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States
22 Attorney's Office at the following address at the time of filing:

    Daniel D. Hollingsworth
    Assistant United States Attorney
    James A. Blum
    Assistant United States Attorney
    501 Las Vegas Boulevard South, Suite 1100
    Las Vegas, Nevada 89101.

27    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice
28 described herein need not be published in the event a Declaration of Forfeiture is issued by

1 | the appropriate agency following publication of notice of seizure and intent to
2 | administratively forfeit the above-described property.
3 |       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
4 | copies of this Order to all counsel of record.
5 |       DATED ___April 20___, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE