YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No. (702) 385-3001
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:22-cr-00035-APG-VCF-1 |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| CARL STEPHEN YEBES, | |
| Defendant. | **(First Request)** |

It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney; by and through Supriya Prasad, Assistant United States Attorney, counsel for the United States of America and Mace J. Yampolsky, Esq., counsel for Defendant Carl Yebes, that the sentencing in this matter scheduled in this matter for July 21, 2022, be vacated and continued for a period of three weeks. This stipulation is entered into for the following reasons:

1. On April 20, 2022, the Defendant pled guilty to Count 1 of the Criminal Information, and he is currently scheduled to be sentenced on July 21, 2022;

2. The parties agree to the continuance;

3. Defendant is not in custody and does not object to the continuance;

4. Defendant's parents, who have stood by his side throughout all proceedings of this case, and who would like to be present at the time of their son's sentencing, will be in the Philippines from June 30, 2022 through July 25, 2022 visiting family.

///

///

1

5. In addition, counsel for the Government is not available the first week of August.

5. This is the first request for a continuance.

DATED this 27th day of July, 2022.

CHRISTOPHER CHIOU, Acting United States Attorney

  /s/  *Supriya Prasad*
SUPRIYA PRASAD
Assistant United States Attorney

  /s/  *Mace J. Yampolsky, Esq.*
MACE J. YAMPOLSKY, ESQ.
Counsel for Defendant

## ORDER

Based upon the foregoing, and good cause appearing; it is hereby ordered the sentencing in the above-captioned matter currently scheduled for July 21, 2022, be vacated and continued for three weeks, and shall be heard on August 25, 2022, at 9:30 a.m. in LV Courtroom 6C.

DATED: May 31, 2022

_____
DISTRICT COURT JUDGE