```
                    ____FILED              ____RECEIVED
                    ____ENTERED            ____SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         SEPT 7 2022

                      CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
                  BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-035-APG-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| CARL STEPHEN YEBES, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Carl Stephen Yebes to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Carl Stephen Yebes pled guilty. Criminal Information, ECF No. 8; Plea Agreement, ECF No. 7; Preliminary Order of Forfeiture, ECF No. 11; Arraignment & Plea, ECF No. 12.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 14, 2022, through June 12, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 16-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 17.

On May 16, 2022, the United States Attorney's Office served Freshian Campaner by regular mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 17-1, p. 3, 7-16.

On May 16, 2022, the United States Attorney's Office attempted to serve Freshian Campaner by certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The status of the certified mail is contact the post office to reschedule delivery. Notice of Filing Service of Process – Mailing, ECF No. 17-1, p. 3-18.

On May 16, 2022, the United States Attorney's Office served Brandon Villanueva by regular mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 17-1, p. 3, 7-14, 19.

On May 16, 2022, the United States Attorney's Office attempted to serve Brandon Villanueva by certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The status of the certified mail is contact the post office to reschedule delivery. Notice of Filing Service of Process – Mailing, ECF No. 17-1, p. 3-14, 19-21.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

/ / /

1. an HP desktop computer, Model No. HP 8200 Elite, Serial No. 2UA1340GYL with a Kingston 240GB SSD SATA hard drive, Model No. SA40037240G, Serial No. 50026B778283200F;
2. a CyberPower C-Series computer tower with a Western Digital 240GB SATA hard drive, Model No. WDS240G2G0A, Serial No. 19297D444711;
3. a San Disk Cruzer Glide 32 GB thumb drive;
4. an Apple IMAC computer, Model No. A1278, Serial No. C1MK2FXHDTY3 with Samsung 250GB SSD hard drive, Model No. 850EVO, Serial No. S3PZNF0JB55483N and with Samsung 250GB SSD hard drive, Model No. 850EVO, Serial No. S3PZNF0JB54863A;
5. a Western Digital 500GB My Passport external hard drive, Serial No. WX41AC262331; and
6. a JNB 1 GB thumb drive

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED September 7, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE